*Payne & Hale,* contra.

---

### Moss *v.* Moss, administrator.

Atkinson, J. 1. Where an agent authorized to rent land belonging to his principal made a contract in which the rent was payable to himself, and subsequently, claiming the rent adversely to his principal,

instituted a distress-warrant proceeding against the tenant to collect the amount thereof, the agent being insolvent, equity will entertain a suit by the principal (or, he being dead, by an administrator upon his estate) to enjoin the agent from collecting the rent.

2. The petition was not subject to general demurrer.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*
NOVEMBER 12, 1915.

Equitable petition. Before Judge Wright. Floyd superior court. July 20, 1914.

*Henry Walker*, for plaintiff in error.
*McHenry & Porter*, contra.